# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

TITO E. MARRERO
No Address Due to Attorney Fraud
foradfree12345@gmail.com

        **Plaintiff**,

Vs.

CASE NO: Case 3:24-cv-02690

JUDGE:

**FEDERAL TORT ACT**
**FEDERAL CIVIL RIGHTS AND**
**RACKETEERING MONEY**
**LAUNDERING COMPLAINT**

**EXHIBITS MOTION SHOWING NO DUE PROCESS BUT OBSTUCTION BY JEWISH
OPERATED FEDERAL OFFICES AND AGENCIES**

Mayor Johnson and the Dallas Municipality
Dallas City Hall
1500 Marilla St, Dallas, Tx 75201
Individual and Official Capacity Lawsuit

Dallas City Attorney Christorpher Caso
Dallas City Hall
1500 Marilla St, Dallas, Tx 75201
Individual and Official Capacity Lawsuit

Dallas U.S. Attorney Leigha Simonton
1100 Commerce St, Third Floor,
Dallas, Tx 75242
Individual and Offiicial Capacity Lawsuit

Dallas FBI Chad Yarbrough
One Justice Way
Dallas, Tx 75220
individual and Official Capacity lawsuit

Bankruptcy Judge Michelle Larson
Earle Cabell Federal Building
1100 Commerce St #1254
Dallas, Tx 75242
Individual and Official Capacity Lawsuit

Attorney Kevin Wiley
Wiley Law Group, PLLC



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

**MAY 2** 2025

CLERK, U.S. DISTRICT COURT
By____KAE____
Deputy

101 East Park Blvd
Suite 975
Plano, TX 75074

**Defendants**,

Plaintiff, Tito E. Marrero, files this Third and Final Amended Complaint to add three additional but certainly amenable/liable Defendants to this current Dallas Federal Court Complaint protected and authorized by Plaintiff Tito's 1st, 5th, and 14th Amendment Rights. Plaintiff Tito has been a State 193rd and 101st District Court Plaintiff where nothing ever happened by obstruction of justice and violations of the Rules and Codes of Conduct, and the state court cases never recieved due process within these dignified forums of justice. The truth seeking function in these courts were tainted with bias and prejudices that are never considered harmless. But, most certainly Plaintiff Tito was illegally forced to be a Creditor in Dallas Federal Bankruptcy Court where money laundering was paramount to legal process and subsequently Tito was severely duped and eggregiously defrauded in the Dallas Bankruptcy Court. Why? Plaintiff Tito will explain and prove up this RICO money laundering, wire fraud, and two or more corrupt acts (**Overt Acts**) further this RICO racket pertaining and particularized to these named and listed Defendants above who are private attorneys, state and federal acting attorneys above.

Tito E. Marrero pro se

No Address Due to Attorney Racketeering and Real Estate Fraud
foradfree12345@gmail.com
214-967-6205
5-1-2025

# MEMORANDUM OF PAST AND STILL RELEVANT DOJ, FBI, TEXAS ATTORNEY GENERAL AND JUDICIAL BAR COMPLAINTS FILED TO THE PROPER AUTHORITIES

1.     This case arises because Israel and Chase Bank put their names and reputations on the line to create this illegal 501 c 3 company named City Wide Development Corp, a "non profit" to do various work projects for the city of Dallas. It

325 North St. Paul Street, Room # 2250
Dallas, Tx 75201
Individual and Official Capacity Lawsuit

BofAmerica Attorney Mathew Durham
2601 Olive St. Suite 2100
Dallas, Tx 75201
Individual and Official Capacity lawsuit

501 c 3 non profit Corp City Wide Developement Corporation, Suiting the Entire Board
and Its Arrested and Indicited CEO Sherman Roberts
3730 South Lancaster Road, Suite 100
Dallas, Tx 75216
Individual and Official Capacity Lawsuit

City Wide Development Corporation Realtor Sharon Middlebrooks
P.O. Box 398045
Dallas, Tx 75339
Individual and Official Capacity Lawsuit

Judge Jane Magnus Stinson
Indianapolis Federal District Judge
Individual and Official Capacity Lawsuit

Judge Renee Harris Toliver
Dallas Federal District Judge
Individual and Official Capacity

United States Office of the Trustee Dallas Texas
Meredyth Kippes and Unknown Attorney Originally Assigned This Case
Dallas Federal Courthouse
1100 Commerce Street
Office of the Trustee
Dallas Tx 75242

193rd Judicial District Judge Bridgette Whitmore
 600 Commerce Street
8th Floor, Dallas, TX 75202

101st Judicial District Judge Stacy Williams
600 Commerce Street
Dallas, TX 75202

Carpenter and Associates
Attorney Victor John
Attorney John Carpenter

turns out that this 501 c 3 named and served above only embezzles and steal millions of dollars in which Plaintiff Tito's VA Home Loan rights and privileges were also misappropriated as well over $350,000 dollars. Plaintiff Tito is living on the streets homeless with bad credit with other Israeli agents stalking and trying to poison and do harm to Tito. This is the facts and has to be provided due process of law consistent with the 5th and 14th Amendments of US Constitution. Plaintiff Tito is going file another case in a better less plain clothed jewish agents not American in a different Federal Court this upcoming week, because discrimination is what this corrupt court is providing pursuant to this 501 c 3 jewish scam committed in this Dallas Federal Bankruptcy and Judge Renee's Court, who are under control by plain clothed useless jewish people. I Tito have a long history of being stalked now and need a restraining order against this Dallas FBI and the scams created therein.

## CERTIFICATE OF SERVICE

Plaintiff Tito E. Marrero files this Amended Complaint Pro se, and hereby certifies that this foregoing complaint is being walked into the Dallas Federal District Court to have it filed today the 25th Oct, 2024.

Mailing Address:
United States District Court
1100 Commerce Street, Room 1452
Dallas, TX 75242

pro se

Respectfully Submitted,

Plaintiff Tito Edward Marrero pro se
foradfree12345@gmail.com
214-697-6205
5/1/2025

## Complaint Referral Form
## Internet Crime Complaint Center

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. *This is the only time you will have to make a copy of your complaint.*

Victim InformationName:
tito e. marrero
Are you reporting on behalf of a business?
[None]
Business Name:
Is the incident currently impacting business operations?
[None]
Age:
40 - 49
Address:
3831 opal avenue
Address (continued):
Suite/Apt./Mail Stop:
City:
dallas
County:
Country:
United States of America
State:
Texas
Zip Code/Route:
75216
Phone Number:
4692616794
Email Address:
tedmo2000@gmail.com
Business IT POC, if applicable:

Other Business POC, if applicable:
Description of IncidentProvide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.
I filed a complaint a few days ago when my google email account was hacked into by operatives hired by fbi to break into my home and gain access to my home's interior for electronic and wire intercept devices could be placed for 24 hour monitoring/eavesdropping of my 1st protected activities within my own home. The illegal burglaries and trespassing have been reoccurring repeatedly for some time now. These illegal entries were conducted with several of my neighbors assistance and support. I never got a chance to meet any of my neighbors, but it did not take long for the fbi and their criminal operatives to slander and defame me throughout the neighborhood I move into. This tactic used to turn neighbor against a neighbor is very illegal and has no valid law enforcement objective, but is not a problem for the fbi to use this method against me tells the story effectively. Late last week, I began assembling my evidence that will be used in court. I began seeking out my attorney that will be used to file my actions at law in Federal District Court, and, then, unexpectedly, I cannot sign into my google account to communicate with my counsel. I moved out of the home that was being monitored by several plain cloth operatives controlled by the fbi, and I obtained a new computer that was never connected to the internet. After changing my computer that was compromised because the fbi broke into my home to tamper with my computer to monitor my legal strategies and my privileged communications with my attorneys. The fbi has been for some time now, interfering with Tito's previous legal actions to undermine the legal process to bribe witnesses and obstruct justice in its most obvious form. There are many witnesses that Tito can identify for a the fbi to depose to prove these allegations being made right now. No one has contacted me to take down my formal statements.

Which of the following were used in this incident? (Check all that apply.)☐ Spoofed Email☐ Similar Domain☑ Email Intrusion ☐ OtherPlease specify:

Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.

Originals should be retained for use by law enforcement agencies.

Information About The Subject(s) Who Victimized You
Name:
plain cloth fbi using my neighbors and my family
Business Name:
fbi, lorain police, lorain county common pleas
Address:
cleveland fbi field office, dallas fbi
Address (continued):
Suite/Apt./Mail Stop:
City:
Country:
[None]
State:
[None]
Zip Code/Route:
Phone Number:
Email Address:
Website:
IP Address:
Other InformationIf an email was used in this incident, please provide a copy of the entire email including full email headers. tedmo2000@gmail.com is where my legal documents, attorney communications, all of my current Freedom of Information Act/Privacy Act requests filed to various government agencies as located, in which I no longer have access to any of my legal documents because of this purposeful malicious attempt to hacking into my google account to set me back to impede upon my constitutional right to seek courtroom resolution to remedy this unsustainable situation. Relief is accordingly being sought by this method of reaching out to law enforcement. The courtroom is currently being sought, but now someone hack my email to prevent me access to my legal document in my email is unacceptable. This long standing criminal conspiracy has caused so much damage to my life, it is now obvious that this stuff being used against me is

intended to murder me by 100 millions paper cuts. I will seek such a monetary damages award in Federal District Court very soon.

Are there any other witnesses or victims to this incident?
There are many witnesses that can be contacted to corroborate my allegations. There are many of my family members who conscripted in this conspiracy to damage my judicial proceedings previously in Lorain County Common Pleas Court. I also have the name of a warden who was also concripted to illegally target and deny legal access to the court and other constitutional rights in state custody which is exactly why this tactic continues to be used. This hacking into my email was successful up to this point because of the break ins that were planned and staged in my neighbor's home at 3827 Opal Avenue, Dallas, Texas, 75216, which gave them access to my internet router, my phone, and my computers which contains my legal documents, my email passwords, and other person data and things protected by the 1st and 4th Amendments of the Constitution.

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.
The Dallas City Police were called about informed about these repeated felony break ins into my home, but as of yet the police have yet to responded back to me on this complaint. I am working on getting an attorney to begin exposing plus questioning the witnesses that I know personally and others that I can identify by name or by their residential addresses to reside in. It is time to get some of these people on record for court and other proper proceedings for the redress of this lengthy criminal conspiracy motivated by bad faith and actionable invidious animus.

☐ Check here if this an update to a previously filed complaint:Who Filed the ComplaintWere you the victim in the incident described above?
Yes
Digital Signature
By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I

understand that providing false information could make me subject
to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)
Digital Signature:
tito e. marrero

Thank you for submitting your complaint to the IC3. Please save or print a copy for your
records. *This is the only time you will have to make a copy of your complaint.*

## Complaint Referral Form
## Internet Crime Complaint Center

**Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. *This is the only time you will have to make a copy of your complaint.***

Victim InformationName:
tito e marrero
Are you reporting on behalf of a business?
No
Business Name:
Is the incident currently impacting business operations?
[None]
Age:
40 - 49
Address:
3831 opal avenue
Address (continued):
Suite/Apt./Mail Stop:
City:
dallas
County:
dallas
Country:
United States of America
State:
Ohio
Zip Code/Route:
75216
Phone Number:
4692616794
Email Address:
tedmo2000@gmail.com

Business IT POC, if applicable:
Other Business POC, if applicable:
Description of IncidentProvide a description of the incident and how
you were victimized. Provide information not captured elsewhere in
this complaint form.
I have been illegally and discriminatorily targeted for the last 15
years by plain clothed fbi and state police, including regular laymen
citizens who are conscripted into this conspiracy against Tito. All of
the aforementioned all work together in concert with to violate my
Bill of Rights protections for amusement and nefarious cruel and
unusual summary punishments not supported by judicial or
courtroom, under color of federal and state law. I have repeatedly
filed complaints over the phone the fbi with not return follow up
explanations of how this is being allowed and ignored. My family,
my neighbors, and other business relationships that I may make
with others are all infiltrated and tampered with to further place
additional strain on Tito's liberties, life, and pursuit of happiness.
The fbi seem to enjoy inflicting pain and suffering upon me by any
means necessary, without any oversight, which is eventually going
to lead to loss of life or even worst. Tito has given ample legal
notice to the fbi and other state agencies, who are proper
authorities to investigate Tito's claims, but no assistance is provided
or initiated to abate this civil and criminal misbehavior by peace
officers, whether federal or state. Witnesses that can corroborate
Tito's allegations are never questioned or contacted even after I
disclose the named of individuals who were persuaded to engage in
illegal activity against Tito by fbi personnel from Dallas and
Cleveland field offices. This complaint is now being filed because my
person email through google has now been hacked for second time.
This time it occurred because Tito is now reaching to attorneys to
bring legal actions, suits in equity for relief off many overt acts, that
have been documented but no aid and assistance is every provided.
My google account has my attorney contracts and many legal
communications that are now unavailable to access at this point. I
need assistance from fbi and any other investigative body to reach
out to me to get the real time injustices that will be addressed in
court, if I can get back into my email account.

Which of the following were used in this incident? (Check all that apply.)☐ Spoofed Email☐ Similar Domain☑ Email Intrusion ☑ OtherPlease specify:
changing my password without my approval

Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.

Originals should be retained for use by law enforcement agencies.

Information About The Subject(s) Who Victimized You
Name:
plain cloth fbi offenders, neigbors and my family
Business Name:
dallas and cleveland fbi with my family members
Address:
3827 Opal avenue
Address (continued):
Suite/Apt./Mail Stop:
City:
dallas
Country:
United States of America
State:
Texas
Zip Code/Route:
Phone Number:
Email Address:
tedmo2000@gmail.com
Website:
http://tedmo2000@gmail.com
IP Address:
Other InformationIf an email was used in this incident, please provide a copy of the entire email including full email headers.
tedmo2000@gmail.com

Are there any other witnesses or victims to this incident?
Carmen De Jesus of Lorain Ohio, Manuel De Jesus of Lorain Ohio, Torrey McCulley of Cleveland Ohio, the family that lives in 3827 Opal Avenue Dallas Texas, Stephanie Camacho of Cleveland, Ted

Pappas of Lorain, Danny and Tata Rodriguez, Warden Michelle Miller and her subordinates of Belmont State Prison. There are others that can be listed but I have the information in my google email account.

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.
Dallas City Police Department has been contacted about violations of my home, personal property, and my computer data which is stolen from me without judicial warrants. As soon as I bought my home and moved in, I experienced the first break in and burglaries of my new home addressed as 3831 Opal Avenue, Dallas Texas. I contacted the Cleveland fbi many times when I live in Cleveland about these break ins/burglaries, trespassing onto my lawfully rented properties without real resolution to prevent anymore of this ill willed animus under color of law. I know that I am targeted with the approval of superiors. This is very unfortunate. This illegal activity may require that I defend myself with use of force to protect my privacy and mental integrity.

☐ Check here if this an update to a previously filed complaint:Who Filed the ComplaintWere you the victim in the incident described above?
Yes
Digital Signature
By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)
Digital Signature:
tito eduardo marrero

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. *This is the only time you will have to make a copy of your complaint.*



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

## Complaint Summary

| Name of person you dealt with | Realtor Sharon Middlebrooks from Sharon Does Realty |
|---|---|
| How did you first come into contact with this business or individual? | I went to company's place of business |
| If other, please specify. | |

| If you responded to a solicitation in another language, which? | |
|---|---|

| Where did the transaction take place | At business |
|---|---|
| If other, please specify | |

| Transaction Date | 2/20/2020 |
|---|---|
| Please describe your complaint in detail | I have been trying to get someone to inquire and quest some of this deceptive business practices, felony contract and construction fraud, Dallas City New Building Inspection Fraud encompassing Texas and Dallas City Plumbing Standard and Code Violations, VA Home Loan and HUD One Year Warranty Agreement Fraud, and there is Racketeering and Corrupt Activity that is now afoot with Wiley Law Group who is representing this Criminal and Tort Feasor Client named CEO Sherman Roberts who is a large Dallas City Contractor who is intrinsically intertwined with many large Dallas City Council approved contracts (See Dallas City Contract Number 19-1005) which CEO Sherman Roberts cares not to comply with in performance and to disclose what Insurance Surety Bonding Company Sherman Roberts uses for fraud, omission, and mistake liability which is not privileged and private information that is been hid and criminally concealed to prejudice Tito E. Marrero due process rights and protection of Tito's property rights. There is racketeering going on between several attorneys and public officials here in the City of Dallas in connection with City Wide Development Corporation which should be investigated given that public corruption, millions of Dallas City funds and being misappropriated and money laundered through this City Wide Development Corporation which is now in Bankruptcy Court trying to escape contract performance and financial obligations owed to Tito E. Marrero, VA Home Loans, HUD, and the United States Clearly Established Federal Laws and Consumer Protections Prohibitions. This is my second complaint to the Texas Attorney General and I have yet to be provided any court's competent jurisdiction which has been evident that the City of Dallas and City Wide Development Corporation, with Wiley Law Group seem to be exerting direct and indirect influences that can be now considered obstructing justice, intimidation, and corrupt activity, both uncivil and criminal means, to undermine the judicial system and thwart any real |



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

oversight and resolution that is consistent with due process and equal protections. This case is going to require a formal phone call or email to ask how is it that two and 1/2 years of this racketeering which this real estate transaction goes very badly due to mens rea and actus reus, not one person in the lengthy list of participants and conspirators, not one person has been questioned or even emailed to get a response which Tito E. Marrero would be responded to by avoidance, deception, and mistatements and doublespeak. That is what Tito personally has endured for the past 2 1/2 years. Relief is need from the Texas Attorney General, maybe Texas Real Estate Commission could be utilized but Tito has reached to them and received no help and aid from them, or maybe the Texas Disciplinary Bar Association which no help from them has manifested. This case and its subject matter have been ready for someone to review it unbiasedly and with subjective resolve. Why cannot someone reach to Tito or the City of Dallas to figure out what and who is going to investigate Tito E. Marrero's complaints made under the penalty of falsification and perjury as of yet. It is a felony to file these complaints falsely in any manner.

| Have you complained to the business or individual? | Yes |
| --- | --- |
| If Yes, when? | 2/20/2021 |
| What was the business' or the individual's response? | No response other than Wiley Law Group labeling and slandering Tito E. Marrero as a vexatious, unscrupulous, and a frivolous fraud complainant and litigator. Judge Bridgete Whitmore from the 193rd Judicial District is acting and performing awkward in granting Tito pretrial discovery so I may prove my prima facie direct evidence with much circumstantial evidence case because of discrimination and overt acts to deny Tito due process. The Texas Attorney General needs to get involved. Not much time will be needed to find improprieties and maleficence in office in this case. |

| Did you sign a contract? | Yes |
| --- | --- |
| How much did the company/individual originally ask you to pay? | $200,000.00 |
| How much did you actually pay? | $300,000.00 |
| Method of Payment | CASH |
| Date of Payment | 6/8/2020 |

| Have you contacted another agency or attorney about this complaint? | Yes |
| --- | --- |
| If yes, please list name and address of the agency or attorney? | Consumer Protection Agency, Texas Real Estate Commission, Texas Disciplinary and Texas Bar Association, and Dallas City Attorney Christopher Caso and others in the |



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

| | |
|---|---|
| | City of Dallas with no assistance or aid whatsover. |
| **What action was taken by this agency or attorney?** | Nothing. Just Crickets and Silence. As of late, Wiley Law Group with several other Dallas City Law Firms all have realized that Tito is a Pro se Plaintiff who was stripped of his paid for counsel by Judge Brigete Whitmore for the 193rd Judicial District, all have taking advantage of Tito and began to conceal more evidence and deny due process which can only be remedied by the Texas Attorney General's Office. Can someone help me with just an email or a 10 minute to gauge these peoples' deceptive and avoidance with their responses which can and will establish that these state actors and private people who work in the real estate industry do not plan on complying with Texas or Federal civil and criminal procedures and the prohibitions codified therein. |

**STATE COMMISSION ON JUDICIAL CONDUCT**
P.O. Box 12265
Austin, TX 78711-2265
www.scjc.texas.gov  Tel. (512) 463-5533 · Toll Free: (877) 228-5750

| | For SCJC use only |
|---|---|

## SWORN COMPLAINT FORM

▫ *If you are filing a complaint about more than one judge, please use a **separate form** for each judge.*

▫ *Complaints are not accepted against courts – you must specifically name the judge against whom you are complaining.*

▫ *Complaints must be mailed. Send the completed form and any additional pages or supporting Information to the SCJC.*

### Complaints will NOT be accepted by email, fax, or online.

Note: Please be sure to fill out each section completely. Do not leave any section blank. If you do not know the answer, write "I don't know." If the question is not applicable, write "Not Applicable" or "NA." **Deficient complaints will be returned.**

| | |
|---|---|
| **Section 1** | **Identity of Complainant** Your Name: Tito E. Marrero · Mailing Address: P.O. Box 5222 · City, State Zip: Cleveland, Ohio 44101 — Date of Birth: 04/05/1973 · Your Phones: Day (469) 261-6794 · Email Address: newunhacked2000@gmail.com |

| | |
|---|---|
| **Section 2** | **Identity of Respondent Judge** Judge: 193rd Judicial District Judge Bridget Whimore · Court Number: DC-21-14549 and Appeal # 05-22-00638-CV · City and County: City of Dallas and Dallas County |

**Section 3**

**Identity of Attorney(s) Involved**

Were / are you pro se *(represent yourself)*? ☒    represented by counsel? ☐

Comment: I was represented by attorney Victor John from Carpenter Law Firm Plano Texas but Judge Whitmore allowed him to steal my money

| **Your Attorney:** _____ | **Opposing Attorney:** Wiley Law Group, PLLC |
|---|---|
| Address: _____ | Address: 325 N. St. Paul St, Suite 2250 |
| City/Zip: _____ | City/Zip: Dallas, Texas 75201 |
| Phone Number: _____ | Phone Number: (214) 537-9572 |
| Email Address: _____ | Email Address: kwiley@wileylawgroup.com |

**Previous Attorney(s)**

Name(s) and Contact Information: Brenda Hard Wilson from McGuireWoods in Dallas,  A Reed from The Reed Law Firm in Dallas,

Wiley Law Group, and Tito the Plaintiff's traitous turn coat $12,500 dollars stolen Victor John from Carpenter Law Firm Plano.

**Section 4**

**Nature of Complaint**

If your complaint involves a court case (i.e., criminal, small claims, civil, family law, traffic, probate, etc.), answer the following questions:

1. Name of court: 193rd Judicial District  Dallas
2. Case Number: DC-21-14549
3. Title of suit (for example, State v. Jones or Jones v. Jones): Tito Marrero vs Bank of America et al
4. If you are not a party to this suit, what is your connection with it? Explain briefly.

**Section 5**

| **Identity of Witnesses** Name(s) and Contact Information | What did they witness? (Focus on the judge's conduct, not rulings.) *You may continue on separate sheets of paper if not enough room.* |
|---|---|
| The Trial Court are all Conspiring | The trial court, the clerk of courts, attorney Victor John and all of defense counsel are all colluding and conspiring by concerted overt acts to ostruct justice by tampering with evidence and concealing evidence to deny Tito a direct appeal which is morally unethical and fraud on the appeal court |

**Details of Complaint**

Please Tell the Commission what the judge did that you believe to be misconduct. Please focus on the **judge's conduct**, and **not the judge's rulings.** (Rarely is a judge's ruling subject to discipline by the Commission.) If more space is needed, attach additional sheets, but please limit your complaint to no more than 20 pages. Your complaint should be as specific as possible.

**Date(s) of Alleged Misconduct of Judge:** 7/27/2022 10:30 AM

**Factual Details of your complaint against the Judge:**
*You may continue on separate sheets of paper if not enough room.*

Tito experienced 9 months of moral turpitude, self-dealing, and bribery by Bridgette Whitmore and the her courtroom staff member, including the clerk of courts who services her court. They have all conspired and discrimnatorily colluded by Overt concerted acts to obstruct the due course of justice and deny Tito of due process of law. These state acting public servants and 193rd Judge Whitmore have blatantly tampered with evidence, interfered with lawful discharge of due process and discovery in this court with other unethical misbehavior which needs immediate attention and declaratory and prospective relief from the Texas Disciplinary Counsels Office to provide some protecdtion to Tito before this onslaught succeeds.

It is no wonder that the general Dallas consences in legal system and confidence in lawyers appears to be declining rapidly and it is obvious Judge Whitmore view Tito as less than a citizen assuming that I, Tito, do not know how to indentify chicanery and criminal and civil rights conspiring to aid and abet financial and mortgage and construction fraud and racketeering. I, Tito, cannot understand what Judge Whitmore's motivations and prejudicial intents to deny Tito due fundamental fairness process of law and equal protections for, but she is up to her neck, with her courtroom staff and clerks who service her court, with overt acts, meeting of the minds, tacit agreement, and other elements of conspiring and violation of the Code of Judicial Conduct and Rules of Professional Conduct that Tito file this grievance to the proper athorities.

The Texas grievance committees is ususally the only protection the public can receive when a bad faith judge with the clerk of court and courtroom staff, with an un-loyal lawyer Tito paid $12,500 dollars which was stolen with Judge Whitmore's assistance in this attorney fiduciary fraud Judge whitmore helped nurture and ensure would cause predjucie and legal detriment and harm to Tito's case has to be assessed and remedied by the Bar.

Judge Whitmore has and did violate Tito's right to an impartial unbiased judge, damaged Tlto's right to the client counsel contractural relationship, and now is orchestrating with the clerk of courts to undermine Tito's right to a direct appeaal, which the clerk of courts is now obsructing the record and documents from the trial court to not be sent to the 5th District Court of Appeals. Relief is needed before further prejudice occurs. Judge Whitmore has undermine her duties and unethically violated Tito  and the general public's trust which is inexcusable because of her noticeable and blatant infractions of the Rules and Code with other improprieties resulted in Tito reaching out for expedited review and relief that is accordingly proper in this unfair circumstances and the denail of Tito civil rights, pleadings that were ignored in this 193rd discriminating court.

The Rules of Professional Conduct and the Code of Judicial Conduct are not difficult regulations to follow, and Tito needs the BAR Committee Members in charge of personally observing these ethical standards are strictly enforced must help Tito undue all that has been unconstitutionally done by Judge Whitmore and her court from succeeding by Investigating this case and controversy gone awrry.

Again, Tito is not going to lose this case and appeal 05-22-00638-CV by procedural errors cause by the clerk of courts of the 193rd with Judge Whitmore's direct influence with her court room staff being at the center of this new attempt to derail Tito 's due process of law in the appeal court now.

**Factual Details of your complaint against the Judge** *(continued)*:

Tito E. Marraro, the Judicial Grievant/Complainant uses or is now utilizing this Sworn and Averred Judicial Grievance form to Attach Tito's first grievance filed to the Texas Disciplinary, its subsequent attempt to refile the Judicial Grievance to the proper authorities in Austin, in which, the Judicial Grievance form and its pleadings was also retuned back to Tito because a yet unknown reason. The papers will be attached so the reviewing authorities can view what is taking place and how difficult it is to provide pleadings and statements, and admissions, and docket evidence that is in the public domain for resolution.

Therefore, this newest attempt by Grievant/Complainant Tito E. Marrero is to provide pleadings and evidence once more trying to achieve due process of law.

These statements and documents are submitted by swearing under penalty of perjury that everything said and submitted is true and correct under penalty of perjury and now this Judge Whitmore and her courtroom staff and the 193rd Clerks of Courts is now required to reply to Tito's claims of unehtical misconduct violate of the Code and the Rules.

Section 6 (continued)

|  | **Confidentiality** |
|---|---|
| **Section 7** | *\* I understand that as part of the Commission's investigation the judge may be provided a copy of this complaint. \** |
|  | Please note - the Commission will do its best to maintain your confidentiality, however, it may not be possible for the Commission to pursue an investigation if you request that your identity be kept confidential from the judge. Even if we do not contact the judge during the course of our investigation, there is a risk that one or more of the witnesses contacted by our agency will disclose the investigation and your identity to the judge. |
|  | I request that my identity be kept confidential. ☐ Yes  ☒ No |

|  | **Additional Instructions** |
|---|---|
| **Section 8** | **Affidavit** |
|  | The State Commission on Judicial Conduct requires that complainants file a sworn complaint.  The affidavits are attached. |
|  | **Two types of affidavits (*choose one*):** |
|  | 1. **Affidavit Based on Personal Knowledge** - (Complete this affidavit if the misconduct alleged is within your direct personal knowledge.) |
|  | 2. **Affidavit Based on Information and Belief** - (Complete this affidavit if the misconduct alleged is not within your direct personal knowledge but is based on reasonable belief.) This can include misconduct that you did not directly witness. |
|  | ***\*\*\* Failure to complete and submit an affidavit will cause your complaint to be noncompliant and returned. \*\*\**** |
|  | **Submission of supporting documents:** |
|  | • In order for the Commission to comply with the statutory deadlines, additional information/documentation that you would like to include as part of your complaint submission should be received in this office within thirty (30) days after submission of your complaint. Please limit your additional information and/or evidence to twenty-five (25) pages. |
|  | • Please note that submission of documents/evidence in support of the underlying matter in litigation, (e.g., employment records, medical records, etc.) is seldom helpful and is discouraged. (In fact, submission of irrelevant material can actually slow down the investigation of your complaint.) |
|  | • Instead of submitting voluminous information, it is recommended that you detail, in your complaint, the information you possess that is available upon request. |
|  | • If you wish to supplement your complaint, please reference the material with your CJC number (that will be provided to you) so that it is routed to the accurate file. |
|  | • Please focus your complaint on supporting information on the judge's conduct instead of the judge's rulings. |
|  | ***If you are submitting documents, please provide copies, not originals. Originals will not be returned.*** |
|  | **Anonymous Submissions:** |
|  | Anonymous submissions will be presented to the Commission which has the discretion to initiate a complaint based on the anonymous report. |

**Affidavit <u>Based on Personal Knowledge</u>** - *(Complete this affidavit if the misconduct alleged is within your direct personal knowledge.)*

*Please completely fill out this form.*

***\*\*\* Failure to complete this form properly will cause your complaint to be noncompliant and returned. \*\*\****

I,  Tito E. Marrero _____, Complainant, swear that I have knowledge of the facts alleged in this complaint. I declare that the foregoing is true and correct and that the information contained in this complaint is true and correct.

_____
Signature of Complainant (Declarant)

**Please complete <u>EITHER</u> the notary section <u>OR</u> the Unsworn Declaration section.**

*NOTARY SECTION*

AFFIX NOTARY STAMP/SEAL ABOVE

Sworn to and subscribed before me, by the said _____, this the _____

day of _____, 20_____, to certify which, witness my hand and seal of office.

_____    _____    _____
Signature of officer administering oath    Printed name of officer administering oath    Title of officer administering oath

**OR**

*UNSWORN DECLARATION SECTION*

My name is Tito E. Marrero _____ and my date of birth is 04/05/1973 _____

My address is P.O. Box 5222 _____    _____    TX    ____    U.S.
(STREET)                                    (CITY)        (STATE)  (ZIP)  (COUNTRY)

Executed in _____ County, State of Texas _____, on the _____

of _____, of 20 22 _____

_____
Signature of Complainant (Declarant)

*Section 9*

**Affidavit <u>Based on Information and Belief</u> -** *(Complete this affidavit if the misconduct alleged is not within your direct personal knowledge but is based on reasonable belief.)*

*Please completely fill out this form.*

**\*\*\* Failure to complete this form properly will cause your complaint to be noncompliant and returned. \*\*\***

I, <u>Tito E. Marrero</u>, Complainant, swear or affirm that I have knowledge of the facts alleged in this complaint. I swear that I have reason to believe and do believe that misconduct alleged in this complaint has occurred. The source of my information and believe is (state below):

<u>The 193rd Trial Court records will establish that Tito's Motion</u>
<u>were not provided procedural due process of law. Also</u>
<u>other factors of interinsic and extrinsic fraud exist within.</u>

_____
Signature of Complainant (Declarant)

**Please complete <u>EITHER</u> the notary section <u>OR</u> the Unsworn Declaration section.**

## *NOTARY SECTION*

AFFIX NOTARY STAMP/SEAL ABOVE

Sworn to and subscribed before me, by the said _____, this the _____

day of _____, 20_____, to certify which, witness my hand and seal of office.

_____    _____    _____
Signature of officer administering oath    Printed name of officer administering oath    Title of officer administering oath

## **OR**

## *UNSWORN DECLARATION SECTION*

My name is <u>Tito E. Marrero</u> and my date of birth is <u>04/05/1973</u>

My address is <u>P.O. Box 5222</u>       <u>Cleveland</u>       <u>Oh</u>   <u>44101</u>   <u>U.S.</u>
　　　　　　　　(STREET)　　　　　　　　　　　(CITY)　　　　　(STATE)　(ZIP)　(COUNTRY)

Executed in _____ County, State of <u>Ohio</u>, on the <u>28th</u>

of <u>July</u>_____, of 20<u>22</u>

_____
Signature of Complainant (Declarant)

**Section 10**



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

## Consumer's Information Summary

| | | | |
|---|---|---|---|
| **Individual/Business** | Individual | **Address 1** | P.O. Box 5222 |
| **First Name** | tito | **Address 2** | |
| **Middle Name** | edward | **City** | Cleveland |
| **Last Name** | marrero | **County** | Dallas |
| **Age** | 40-49 | **State** | OH |
| **Doing Business As** | | **Zip/Postal Code** | 44101 |
| | | **Country** | United States |

| | |
|---|---|
| **Primary Phone** | (469) 261-6794 |
| **Extension** | |
| **Secondary Phone** | |
| **Extension** | |

| | |
|---|---|
| **Email** | newunhacked2000@gmail.com |

## Business'/Individual's Information Summary

| | | | |
|---|---|---|---|
| **Business/Individual** | Business | **Address 1** | Wiley Law Group, PLLC 325 N. St. Paul, Ste. 2250 Dallas, Texas 75201 |
| **Business Name** | Wiley Law Group, the City of Dallas and Dallas's New Building Inspection Division | **Address 2** | 1500 Marilla Street, South Dallas, Texas 75201-6390 |
| **Phone** | (214) 670-5111 | **City** | Dallas |
| **Extension** | | **County** | Dallas |
| | | **State** | TX |
| | | **Zip/Postal Code** | 75201-6390 |
| | | **Country** | United States |

| | |
|---|---|
| **Website** | |
| **Email** | |



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
Fort Worth Regional Office, Region VI
Office of Fair Housing & Equal Opportunity
307 W. 7th Street, Suite 1000
Fort Worth, TX 76102
Phone 1-888-560-8913 - Fax (817) 978-5876
www.hud.gov

August 8, 2022

Tito Marrero
newunhacked2000@gmail.com

Dear Tito Marrero:

SUBJECT:    Housing Discrimination Complaint
            Violation Inquiry No: 691685

On August 8, 2022, this Office received your complaint regarding your housing concern. This Office is responsible for investigating allegations of discrimination in housing and housing related services.  We are also responsible for assuring that recipients of Federal financial assistance from the U.S. Department of Housing and Urban Development administer their programs in a non-discriminatory manner.  Our efforts to contact you and gather additional information concerning your complaint have been unsuccessful. Therefore, we cannot accept your complaint for processing.

If you have any questions, please feel free to contact **Jacqueline Edwards at Jacqueline.d.edwards@hud.gov** . If you are hearing impaired, you may call 1-800-735-2989.

Sincerely,

*Jacqueline Edwards for*

Kimone Paley, Branch Chief
Intake Branch, Fort Worth Regional Office of Fair
Housing and Equal Opportunity, Region VI



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

## Consumer's Information Summary

| | | | | |
|---|---|---|---|---|
| **Individual/Business** | Individual | **Address 1** | P.O. Box 5222 |
| **First Name** | Tito | **Address 2** | |
| **Middle Name** | Eduard | **City** | Cleveland |
| **Last Name** | Marrero | **County** | Collin |
| **Age** | 40-49 | **State** | OH |
| **Doing Business As** | | **Zip/Postal Code** | 44101 |
| | | **Country** | United States |

| | |
|---|---|
| **Primary Phone** | (469) 261-6794 |
| **Extension** | |
| **Secondary Phone** | |
| **Extension** | |

| | |
|---|---|
| **Email** | newunhacked2000@gmail.com |

## Business'/Individual's Information Summary

| | | | |
|---|---|---|---|
| **Business/Individual** | Business | **Address 1** | 555 Republic Drive, Suite 510 |
| **Business Name** | Carpenter and Associates Law Firm | **Address 2** | |
| | | **City** | Plano |
| **Phone** | (972) 455-8700 | **County** | Collin |
| **Extension** | | **State** | TX |
| | | **Zip/Postal Code** | 75074 |
| | | **Country** | United States |

| | |
|---|---|
| **Website** | |
| **Email** | victor@carplawfirm.com |



KEN PAXTON
ATTORNEY GENERAL OF TEXAS

## Complaint Summary

| | |
|---|---|
| **Name of person you dealt with** | Attorneys Victor John and Joshua Carpenter |
| **How did you first come into contact with this business or individual?** | I received information in the mail |
| **If other, please specify.** | |

| | |
|---|---|
| **If you responded to a solicitation in another language, which?** | |

| | |
|---|---|
| **Where did the transaction take place** | Over the computer |
| **If other, please specify** | Over the computer and over the phone. I have voice recordings |

| | |
|---|---|
| **Transaction Date** | 9/17/2021 |
| **Please describe your complaint in detail** | Plainly and simply, these law firm and its attorneys Victor John, Joshua Carpenter, and its legal staff all swindled and scammed me after promising pretrial litigation services, out of $12,500 dollars. After the money was paid the law firm and its staff and attorney abandoned and quit the case under color law conspiring and colluding defendants. |

| | |
|---|---|
| **Have you complained to the business or individual?** | Yes |
| **If Yes, when?** | 3/6/2022 |
| **What was the business' or the individual's response?** | No reply, no email, no phone calls, or any type of correspondence has been attempted or provided which is unreasonable and indicative of avoidance and guilty where the Rules of Professional Conduct require attorney to communicate what the reasons and causes for sabotaging my case, claims made therein, and issue that needed to be presented. |

| | |
|---|---|
| **Did you sign a contract?** | Yes |
| **How much did the company/individual originally ask you to pay?** | $12,500.00 |
| **How much did you actually pay?** | $12,500.00 |
| **Method of Payment** | DEBIT |
| **Date of Payment** | 9/17/2021 |

| | |
|---|---|
| **Have you contacted another agency or attorney about this complaint?** | Yes |
| **If yes, please list name and address of the agency or attorney?** | Judge Beth Whitmore from the 193rd Judicial District Court in Dallas. |



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

| **What action was taken by this agency or attorney?** | The Judge Whitmore named above did not care and was complicit in the scam to swindle me. |

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL.  504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA  70130**

February 27, 2023

Tito E. Marrero

Via email: [newunhacked2000@gmail.com]

Dear Mr. Marrero:

We acknowledge receipt of your judicial misconduct complaint against United States Bankruptcy
Judge Michelle V. Larson.

Please be advised that before a complaint is transmitted to the Chief Judge for consideration, the
Clerk conducts a preliminary review for compliance with the Rules for Judicial-Conduct and
Judicial-Disability Proceedings and for clarity of the allegations.

After we have reviewed your complaint, we will advise you in writing if the complaint does not
comply with the Rules and/or if further clarification of your claims is required. If there are no such
deficiencies, we will advise you of the complaint numbers allocated to the matter.

Sincerely,
LYLE W. CAYCE, Clerk

By_____

Melissa Shanklin, Deputy Clerk

Department of Justice <no-reply@usdoj.gov>

Thu, Nov 7, 1:22 PM

to me


Submitted on: Thursday, November 7, 2024 - 2:22PM EST Submitted to: Anonymous Submitted values are:


Name of person seeking OPR's action (Complainant)*: Mr.

First: Tito

Middle:

Last: Marrero

Suffix (if applicable):

Complainant Type: DOJ Attorney

Inmate/Detainee Number:

Other:

Company/Organization: Dallas Texas U.S. Attorney's Office, the U.S. Trustee's Office, and Dallas Bankruptcy Judge

Complainant mailing address: 1100 Commerce Street

City: Dallas

State: Texas

Zip: 75220

Complainant email address: foradfree12345@gmail.com

Complainant phone number: 214-697-6205

Complainant fax number:


--------------------------------------------------------------

*If you are filing this complaint as a legal or other representative of the Complainant, please provide the following information:*

Name and title of the filer:

First:

Middle:

Last:

Suffix (if applicable):

Your preferred mailing address:

City:

State:

Zip:

Your email address:

------------------------------------------------------------

*Information about the DOJ Attorney or DOJ Law Enforcement Official You Are Complaining About (Subject)*

Name of the person(s) you are complaining about (Subject): Ms.

First: Leigha

Middle:

Last: Simonton

Suffix (if applicable):

Subject's Job Title: United States Attorney

Other:

Company/Organization: Dallas Texas U.S. Attorney Office

Location of Subject's Office: Dallas Texas

--------------------------------------------------------------

Does your complaint involve more than one person? Yes (If yes, please provide the following information of the additional subject.)

Name of the person(s) of the second subject:

First: Michelle

Middle:

Last: Larson

Suffix (if applicable):

Second Subject's Job Title:

Other:

Location of second subject's office: Dallas Texas Federal Courthouse

--------------------------------------------------------------

*Information about your complaint*

What are the actions, events, or allegations that you are reporting to OPR? (e.g., attorney misconduct, Whistleblower retaliation, Giglio/Brady violation, etc.): Whistleblower Retaliation

When did the incident occur?: 2024-11-07

*Please provide a brief description summarizing the:

\* reason(s) for your complaint including the details, actions, events, or

allegations,

\* case names,

\* potential witnesses and their involvement,

\* where the incident occurred,

\* how the incident occurred, and

\* any corrective actions already taken

\* For \*Whistleblower complaints only\* – describe the personnel action(s) that occurred or failed to occur because of a protected disclosure: (an appointment, a promotion, an action under 5 U.S.C. Chapter 75 or other disciplinary or corrective action; a detail, transfer, or reassignment; a reinstatement; a restoration; a reemployment; a decision about pay, benefits or awards, concerning education or training if the education or training may reasonably be expected to lead to an appointment, promotion, performance evaluation or other action described in 5 U.S.C. § 2302 (a)(2); a performance evaluation under 5 U.S.C. Chapter 43; a decision to order psychiatric testing or examination; or any other significant change in duties, responsibilities, or working conditions.)


Please provide a brief summary of the complaint:

I Tito E. Marrero bought a home as a first time buyer and was duped, scammed, and defrauded big time. The broker used in this deal was conspiring against me in direct violation of my fiduciary rights, and she was found guilty by the Texas Realtor Commission for three separate sanctions and subjected to fines up to $15,000 dollars to the commission. The builder of the home this realtor was working for was also arrested and indicted by the FBI here in Dallas. This builder embezzled and defrauded Tito and the VA Home Loans Program out of more than $350,000 dollars, and I have not been able to get any of these tortfeasor criminals in court to extract a reasonable remedy at law. This Fraud and Abuse Complaint is about the U.S. Attorney who prosecuted this bad builder who was arrested with two or more Dallas City Counsel Members who are guity of stealing over 50 million dollars which is missing till this day including my Tito's $350,000 dollars. This bad builder was still under criminal indictment restrainded of his pretrial liberties, and this bad builder, while under supervision of the U.S. Attorney's Office was granted the right to file for bankruptcy while over 50 million dollars are confirmed embezzled and stolen through kickbacks and construction fraud. Please

Google or Duckduckgo "City Wide Development Corporation" and "Sherman Roberts" together and you will be able to read and follow along as to what I Tito am saying. How do I get this guy in court to vindicate my lost and trampled VA Home Loan Rights. This new home I bought only lasted 6 months before I was forced to move out due to construction fraud and defects in design of this HUD home sold to me through fraud contracting. In bankruptcy court, I was unaware that I was being used and scammed once again. Ten more million dollars was embezzled and laundered with the aid and assistance, knowledge of the same, by Dallas Bankruptcy Judge Michelle Larson. The Dallas Trustee's Office was also involved in this money laundering. This case is really raunchy and needs review by the Bar Assocation, Professional Auditors to locate the missing 50 million dollars stated by the U.S. Attorney's Office when this bad builder Sherman Roberts was arrested.


Certification and Signature (Enter your initials here to certify and sign this form.): Tito E. Marrero pro se

Re: City Wide Development Corporation

Inbox

Christopher Krhovjak <Christopher.Krhovjak@oag.texas.gov>

Mon, Nov 4, 1:40 PM

to me

To Whom It May Concern:

Thank you for your recent complaint regarding possible violation of Texas charity laws.   We will review the information you have provided and will contact you if we need additional information.   Otherwise, you will not receive further communication from this office regarding your complaint.   We do not represent individuals in personal civil matters, and due to limited resources, we cannot take direct action on every complaint.   If your complaint is of a criminal nature, you may want to report the matter to appropriate criminal authorities.

The Office of the Attorney General (OAG) is charged with protecting the public interest in charity, and the Charitable Trusts Section of the Consumer Protection Division is responsible for receiving and processing all complaints related to charitable activity within the State of Texas.   There are over 100,000 active charitable organizations operating within this state, and countless trust entities over which the OAG has oversight authority.   In matters of statewide significance, or when there is clear evidence of substantial harm to the public interest in charity, the Office of the Attorney General may take action on behalf of the collective interests of the people of this state.   We rely upon citizens like you to help us enforce Texas laws, and we appreciate your time and interest in assisting this office in its ongoing duties to protect the public interest in charity.

Office of the Attorney General - Texas

Charitable Trusts Section

Consumer Protection Division

P.O. Box 12548

Austin, Texas 78711-2548

ted mo <foradfree12345@gmail.com>

Nov 5, 2024, 8:31 AM

to Christopher

Make sure you as the attorney general representative receiving this new information process this complaint accordingly, as this new non profit 501 c 3 is illegally engaging in more public functions,

operating as a branch of government for which it is not entitled to practice or engage in commerce clause activities until its operation is audited and its deceptive business practices are identified, or there will be another breach in public trust and the political ties with this 501 c 3 must be separated and resolved.

This is a money laundering scheme and this bad builder CEO Sherman Roberts did not have builder's liability insurance and this 501 c 3 is liable or the City of Dallas and its Mayor and City Attorney and City Manager hired this 501 c 3 who was paid millions and millions of missing money that no one has accounted for yet, including my $300,000 dollars I wasted on a defective in design HUD home. I will keep in mind my right to file criminal complaints, but it must be made "on record here and now that the Dallas FBI arrests this CEO and Dallas Council Members in an arrest and have been indicted by U.S. Attorney's Office here in Dallas though formal Indictment which was been handed down for your attorney general office to act upon. There is no right for legal counsel to remail silent if asked what legal grounds did this 501 c 3 have to file for bankruptcy falsely? Ask this attorney Kevin Wiley what was he thinking filing for bankruptcy?

If I chose, I will serve and sue the Texas Attorney General and the Consumer Financial Protection Bureau at the same time, as I am in possession of beyond doubt proof that someone at the both of these institutions funded by Federal Taxes and Texas Public Tax revenue that your offices are liable to the general Dallas population for letting this 501 c 3 non profit rip people off with absolutely no care or concern by the Texas Attorney General.


Take this email how you personally wish. I am within my legal right to subpoena a Texas Attorney General to testify by deposition or interrogatories about my many many many emails and documents I sent to the Texas Attorney General about this lawyer misrepresenting this 501 c 3 Kevin Wiley by fraud for attorney RICO racketeering and money laundering as his client 501 c 3 City Wide Development Corporation who stole over 50 million dollars from the public.

No big deal, just be advised that the Texas Attorney General and several individuals at the consumer protection division there in Austin is on the hot seat.

Take Care

Thanks for telling me whatever your email was to mean to me. Make a phone call to attorney Kevin Wiley and ask him what criteria did this 501 c 3 non-profit City Wide Development Corp meet when he filed falsely for bankruptcy after the 501 c 3 was indicted and arrested for political bribe kick backs, tax evasion, money laudering, influence peddling, and RICO activity?

Ask one question.

Tito E. Marrero pro se

Submission ID:

004e0eab67f047aabb2ecf1cdfd34577

Date Filed:

12/9/2024 10:25:12 AM EST

Were you the one affected in this incident?

Yes

Your Contact Information

Name:

Tito Marrero

Phone Number:

2146976205

Email Address:

foradfree12345@gmail.com

Complainant Information

Name:

Tito Marrero

Age:

50 - 59

Address:

Homeless Because FBI and Dallas U.S. Attorney

City:

Dallas

County:

Dallas

Country:

United States of America

State:

Texas

Zip Code/Route:

75220

Phone Number:

2146976205

Email Address:

foradfree12345@gmail.com

Business Information

Is this on behalf of a business that was targeted by a Cyber incident?

No

Financial Transaction(s)

Did you send or lose money in the incident?

Yes

What was your total loss amount?

350,000.00

Transaction Type:

Wire Transfer

Was the money sent or lost?

Yes

Transaction Amount:

200,000.00

Transaction Date:

01/25/2023

Did you contact your bank, financial institution, or cryptocurrency exchange?

Yes

Originating Bank Name:

Dallas U.S. Trustee's Office and Bankruptcy Court

Originating Bank Address:

United State Bankruptcy Court

Information About The Subject(s)

Name:

Kevin Wiley U.S. Trustee Fraud and Bag Man

Business Name:

Attorney Kevin Wiley

●

●

●

●

Name:

Dallas FBI Chad Yarbourough

Business Name:

FBI Investigator

●

●

●

●

Name:

U.S. Attorney Dallas Division

Business Name:

U.S. Attorney

Address:

1100 Commerce Street

Description of Incident

Provide a description of the incident and how you (or those you are filling this out on behalf of) were victimized. Provide information not captured elsewhere in this complaint form:

There is a 501 c 3 non profit corporation here in Dallas scamming everyone and their mama's out of their contractual and property rights and no on here in Dallas cares. In fact, the Dallas FBI here are selling drugs and human trafficking, and this case is just the way the FBI sets up more ponzi schemes that are designed to steal and defraud U.S.A. These individuals named here are all Israeli Agents. This 501 c 3 non profit city wide development corporation was sponsored and put in place by Israel and Chase Bank, and this is a Democratic Party protected and used this scam 501 c 3 to money launder millions of missing money through out this landscape here in Dallas. I Tito E. Marrero want all money back stolen and embezzled by this bankruptcy court and I am not asking anymore.

This bad builder named Sherman Roberts    was caught engaging in unethical pecuniary activity and criminal business practices and defrauded Tito out $350,000 dollars and this Kevin Wiley lawyer assigned to be a U.S. Trustee on this case, Kevin Wiley, turned out to be a bag man and he is in big trouble but the FBI here in Dallas won't make a phone call or email to this thieve who works to steal money for the FBI and U.S. Attorney here in Dallas. This is a whole team of liars and unscrupulous lawyers.


I'm sorry that I am not being to well spoken, but these people are trashy types.

Other Information

Are there any other witnesses or persons affected by this incident?

Attorney Mathew Durham, Attorney Kevin Wiley, Attorney

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

Dallas FBI, Dallas U.S. Marshals, Cleveland FBI, Washington D.C. FBI, VA Home Loans Inspector General, Texas Attorney General, and North Little Rock Arkansas Police, Dallas City Police, Dallas County Judicial District Administrative Judge, Dallas City Attorney's Office.

There are others and I cannot remember right now.

Is this an update to a previously filed complaint?

No

Privacy & Signature:

The collection of information on this form is authorized by one or more of the following statutes: 18 U.S.C. § 1028 (false documents and identity theft); 1028A (aggravated identity theft); 18 U.S.C. § 1029 (credit card fraud); 18 U.S.C. § 1030 (computer fraud); 18 U.S.C. § 1343 (wire fraud); 18 U.S.C 2318B (counterfeit and illicit labels); 18 U.S.C. § 2319 (violation of intellectual property rights); 28 U.S.C. § 533 (FBI authorized to investigate violations of federal law for which it has primary investigative jurisdiction); and 28 U.S.C. § 534 (FBI authorized to collect and maintain identification, criminal information, crime, and other records).

The collection of this information is relevant and necessary to document and investigate complaints of Internet-related crime. Submission of the information requested is voluntary; however, your failure to supply requested information may impede or preclude the investigation of your complaint by law enforcement agencies.

The information collected is maintained in one or more of the following Privacy Act Systems of Records: the FBI Central Records System, Justice/FBI-002, notice of which was published in the Federal Register at 63 Fed. Reg. 8671 (Feb. 20, 1998); the FBI Data Warehouse System, DOJ/FBI-022, notice of which was published in the Federal Register at 77 Fed. Reg. 40631 (July 10, 2012). Descriptions of these systems may also be found at www.justice.gov/opcl/doj-systems-records#FBI. The information collected may be disclosed in accordance with the routine uses referenced in those notices or as otherwise permitted by law. For example, in accordance with those routine uses, in certain circumstances, the FBI may disclose information from your complaint to appropriate criminal, civil, or regulatory law enforcement authorities (whether federal, state, local, territorial, tribal, foreign, or international). Information also may be disclosed as a routine use to an organization or individual in both the public or private sector if deemed necessary to elicit information or cooperation from the recipient for use by the FBI in the performance of an authorized activity. "An example would be where the activities of an individual are disclosed to a member of the public in order to elicit his/her assistance in [FBI's] apprehension or detection efforts." 63 Fed. Reg. 8671, 8682 (February 20, 1998).

By typing my name below, I understand and agree that this form of electronic signature has the same

legal force and effect as a manual signature. I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)


Digital Signature:

Tito E. Marrero under duress and threat of harm





FedEx

SHIP DATE: 01MAY25
ACTWGT: 0.50 LB
CAD: 6896168/SSF02600

BILL CREDIT CARD

ORIGIN ID:DAL  (214) 697-6205
TITO EDUARDO MARRERO

3831 OPAL AVE

DALLAS, TX 75216
UNITED STATES US

TO UNITED STATES DISTRICT COURT

1100 COMMERCE STREET
ROOM 1452
DALLAS TX 75242

(000) 000-0000

FRI - 02 MAY 10:30A
PRIORITY OVERNIGHT

75242
TX-US  DAW

TRK# 2881 7834 1138

AD KIPA

RECEIVED
MAY - 2 2025

