

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

TITO E. MARRERO
No Address Due to Attorney Fraud
foradfree12345@gmail.com

**Plaintiff**,

Vs.

CASE NO: Case 3:24-cv-02690

JUDGE:

**FEDERAL TORT ACT
FEDERAL CIVIL RIGHTS AND
RACKETEERING MONEY
LAUNDERING COMPLAINT**

**AFFIDAVIT OF DISQUALIFICATION USELESS PERSON AS JUDGE**

Mayor Johnson and the Dallas Municipality
Dallas City Hall
1500 Marilla St, Dallas, Tx 75201
Individual and Official Capacity Lawsuit

Dallas City Attorney Christorpher Caso
Dallas City Hall
1500 Marilla St, Dallas, Tx 75201
Individual and Official Capacity Lawsuit

Dallas U.S. Attorney Leigha Simonton
1100 Commerce St, Third Floor,
Dallas, Tx 75242
Individual and Offiicial Capacity Lawsuit

Dallas FBI Chad Yarbrough
One Justice Way
Dallas, Tx 75220
individual and Official Capacity lawsuit

Bankruptcy Judge Michelle Larson
Earle Cabell Federal Building
1100 Commerce St #1254
Dallas, Tx 75242
Individual and Official Capacity Lawsuit

Attorney Kevin Wiley
Wiley Law Group, PLLC
325 North St. Paul Street, Room # 2250

Dallas, Tx 75201
Individual and Official Capacity Lawsuit

BofAmerica Attorney Mathew Durham
2601 Olive St. Suite 2100
Dallas, Tx 75201
Individual and Official Capacity lawsuit

501 c 3 non profit Corp City Wide Developement Corporation, Suiting the Entire Board and Its Arrested and Indicited CEO Sherman Roberts
3730 South Lancaster Road, Suite 100
Dallas, Tx 75216
Individual and Official Capacity Lawsuit

City Wide Development Corporation Realtor Sharon Middlebrooks
P.O. Box 398045
Dallas, Tx 75339
Individual and Official Capacity Lawsuit

Judge Jane Magnus Stinson
Indianapolis Federal District Judge
Individual and Official Capacity Lawsuit

Judge Renee Harris Toliver
Dallas Federal District Judge
Individual and Official Capacity

United States Office of the Trustee Dallas Texas
Meredyth Kippes and Unknown Attorney Originally Assigned This Case
Dallas Federal Courthouse
1100 Commerce Street
Office of the Trustee
Dallas Tx 75242

193rd Judicial District Judge Bridgette Whitmore
 600 Commerce Street
8th Floor, Dallas, TX 75202

101st Judicial District Judge Stacy Williams
600 Commerce Street
Dallas, TX 75202

Carpenter and Associates
Attorney Victor John
Attorney John Carpenter
101 East Park Blvd

Suite 975
Plano, TX 75074

**Defendants**,

Plaintiff, Tito E. Marrero, files this Motion for Disqualification of this inconsiderate callous foreign plain clothed jewish attorney pretending to be professional federal judge, who is ignoring Plaintiff's Tito's paid for petitions to this Dallas Federal Court for immediate relief of RICO racketeering and criminal conspiring which is identifiable in the court record where probable cause has been established for immediate both greatly necessary to correct manifest injustice commited by several governemental attorneys. Millions of missing taxpayer money has been laundered through this Dallas Federal Court by and through the unclean hands of Michelle Larson, Kevin Wiley and others. This Court is corrupt and needs replaced or a new Venue is the cure to this plain clothed jewish conspiracy and money laundering with human trafficking.

Tito E. Marrero pro se

No Address Due to Attorney Racketeering and Real Estate Fraud
foradfree12345@gamail.com
214-967-6205

# AFFIDAVIT OF DISQUALIFICATION PURSUANT TO 28 U.S.C. § 455 or 28 U.S.C. § 144

The Petitioner and Plaintiff, Tito E. Marrero, Pro Se, respectfully moves to have whomever this pretender lawyer judge is disqualified from presiding any further in the Petitioner's and Plaintiff's actions at law 3:24-cv-02690 for the following reasons in support:

"**Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is**

**pending has a personal bias or prejudices either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding**."

Therefore, the Petitioner and Plaintiff, Tito E. Marrero, in this civil action will produce this Affidavit of Disqualification with specific allegations of prejudice and bias against the Petitioner and Plaintiff pro se, trying way to hard and much money time effort for this Dallas Federal plain clothed jewish person to allow Talmudic business tactics to be used in Federal bankruptcy court or elsewhere as the US Constitution is supreme law of land here in USA. This case has human trafficking and drug dealing which Tito only was trying to buy a home as a first time buyer but was scammed and defrauded and this is the fact and will be proven in another VENUE or with a different judge, one who is American, not plain clothed jewish agent of Israel. This is prima facie evident that Israel was using this 501  c 3 non profit City Wide Development to money launder millions and this court is now illustrating the type of discriminatory favoritism Chase Bank Israel, and plain clothed fbi and others using these agencies to steal and embezzle millions and Plaintiff Tito E. Marrero's was illegal used an tool artifice to money launder and has been threatened several times and this court does not care because this judge is an adverse party. Relief is need throught this disqualification affidavit

This Dallas Federa Court is ignoring the flagrant felony misconduct committed by Kevin Wiley and Michelle Larson and there has been long intimidation of Tito a VA Home Loan first time home buyer where Defendant Attonrey Matthew Durham used threatening emails and language with Defendant Attorney Kevin Wiley as well, recorded on audio, and Tito still cannot obtain one officer, FBI, Dallas Police, IG or US Attorney to inquire on that.

Plaintiff Tito, a victim of fraud on many levels of government, has been trying to use his voice to plead and raise his issues and claims before a court of competent jurisdiction to

(Date)                      (Signature of Plaintiff)

**SWORN TO AND SUBSCRIBED** in my presence, A Notary Public for the State of Ohio in the County of Lorain this 5th day of May, 2025.

SEAL



_____
NOTARY PUBLIC

Tito E. Marrero pro se

Respectfully Submitted,

Tito Edward Marrero
5th May, 2025

## CERTIFICATE OF SERVICE

Plaintiff Tito E. Marrero files this Amended Complaint Pro se, and hereby certifies that this foregoing complaint is being walked into the Dallas Federal District Court to have it filed today the 25th Oct, 2024.

Mailing Address:
United States District Court
1100 Commerce Street, Room 1452
Dallas, TX 75242

Respectfully Submitted,

communicate the displeasure and despair for this discrimination and conspiring which has went unchecked and impartiality has been the defining feature of the Anglo-American, not plain clothed jewish judge's role, in the administration of justice. This is clear in a

constitutional order grounded in the <u>rule of law, it is imperative that judges make decisions according to law unclouded by personal bias or conflicts of interest</u>, in which, the Pro Se Petitioner and Plaintiff, Tito E. Marrero, asserts is the case at this because this current Dallas Federal Court is engaged in tacit agreement deliberate indiffernce and is now failed to apprise and apply the proper aid and due process that "rule of court, rules of civil procedure, decorum, open minded impartialness would require" and is mandated by the Supreme Court and 7th Amendment right to jury in civil case. The US Constitutional is being violated and Tito needs a new court or judge where due process will proceed according to timeliness and efficency which plain clothed jewish people cannot discharge. I Tito filed several actions at law here in Dallas Federal Court and all my paid for cases are shelved all are sent away without de novo explanation before ever making it to discovery interrogatories or admissions. It because all the Defendants do not any answers or a chance to explain how this case got passed the this bankruptcy court. This is one dirty business, low down, scandalous case. This Federal Dallas Court should have already expanded the record, or allowed interrogatories and admissions.

    It is not enough that judges *be* impartial; the public must *perceive* them to be so. The Code of Conduct for United States Judges therefore admonishes judges to "act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary" and to "avoid impropriety and the appearance of impropriety in all activities." (**Federal Code of Judicial Conduct**)

    I, Tito Edward Marrero, declare this Affidavit of Disqualification of this Dallas Federal Judge and these statement are made under the penalty of perjury that the foregoing is true and correct.

*[Signed: Tito Marrero]*

*[Signed: Tito Marrero]*

5 MAY 2025

Plaintiff Tito Edward Marrero pro se<br>
foradfree12345@gmail.com<br>
214-697-6205<br>
5/1/2025

Case 3:24-cv-02690-E-BT   Document 36   Filed 05/06/25   Page 7 of 8   PageID 851




