IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TITO E. MARRERO, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> MAYOR JOHNSON AND THE § <br> DALLAS MUNICIPALITY, *et al.*, § <br> § <br> Defendants. § | Case No. 3:24-cv-02690-E-BT |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The District Judge has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 1, 2025 (ECF No. 39). The District Judge has reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the District Judge accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 18th day of August, 2025.

Ada Brown
UNITED STATES DISTRICT JUDGE